UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| In re: | § | Case No. 15-60088-JPN |
|---|---|---|
| | § | |
| DM CUSTOM HOMES LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Christopher R. Murray, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $955,677.67 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $8,883.94 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $1,820.70 | | |

3) Total gross receipts of $10,704.64 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $10,704.64 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $837.02 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,820.70 | $1,820.70 | $1,820.70 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $80,223.64 | $80,223.64 | $8,883.94 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $826,097.38 | $816,712.77 | $0.00 |
| **Total Disbursements** | $0.00 | $908,978.74 | $898,757.11 | $10,704.64 |

   4). This case was originally filed under chapter 7 on 10/31/2015.  The case was pending for 59 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 09/22/2020            By:  /s/ Christopher R. Murray
                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Litigation claims against Morishes in Adv. 16-06015 | 1229-000 | $5,000.00 |
| Litigation claims against Prosperity Bank in Adv. 18-06010 | 1229-000 | $5,000.00 |
| Funds turned over from prior trustee | 1290-000 | $704.64 |
| **TOTAL GROSS RECEIPTS** | | $10,704.64 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Victoria County | 4110-000 | $0.00 | $837.02 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $837.02 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Christopher R. Murray, Trustee | 2100-000 | NA | $1,820.46 | $1,820.46 | $1,820.46 |
| International Sureties, LTD. | 2300-000 | NA | $0.24 | $0.24 | $0.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,820.70 | $1,820.70 | $1,820.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Internal Revenue Service | 5800-000 | $0.00 | $80,223.64 | $80,223.64 | $8,883.94 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $80,223.64 | $80,223.64 | $8,883.94 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Richard and Deborah Streeter | 7100-000 | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| 2 | Joe Rodriguez | 7100-000 | $0.00 | $1,041.00 | $1,041.00 | $0.00 |
| 3 | Garland Sandhop, Jr. | 7100-000 | $0.00 | $2,996.67 | $2,996.67 | $0.00 |
| 4a | Internal Revenue Service | 7100-000 | $0.00 | $37,978.64 | $37,978.64 | $0.00 |
| 5 | J.W. Marrs Lumber Co., Inc. | 7100-000 | $0.00 | $178,475.56 | $178,475.56 | $0.00 |
| 6 | Robert L. Denison, Jr. | 7100-000 | $0.00 | $337,600.00 | $337,600.00 | $0.00 |
| 7 | Dennis Leita | 7100-000 | $0.00 | $200,000.00 | $200,000.00 | $0.00 |
| 9 | Texas Commission on Environmental Quality | 7100-000 | $0.00 | $3,679.00 | $3,679.00 | $0.00 |
| 10 | Robbie Morish | 7100-000 | $0.00 | $9,384.61 | $0.00 | $0.00 |
| 11 | Bubela Enterprises, LLC | 7100-000 | $0.00 | $38,572.94 | $38,572.94 | $0.00 |
| 12 | Six Flags Glass Company | 7200-000 | $0.00 | $11,368.96 | $11,368.96 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $826,097.38 | $816,712.77 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1          Exhibit 8

| Case No.: | 15-60088-JPN | Trustee Name: | Christopher R. Murray |
|---|---|---|---|
| Case Name: | DM CUSTOM HOMES LLC | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| For the Period Ending: | 9/22/2020 | §341(a) Meeting Date: | 03/24/2016 |
| | | Claims Bar Date: | 06/07/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real Property\r\n 405 Glenmore  Block 1 Lot 1  Highland Hills IV  Victoria, TX 77904 | $55,000.00 | $55,000.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 2 | Real Property\r\n 407 Glenmore  Block 1 Lot 2  Highland Hills IV  Victoria, TX 77904 | $180,000.00 | $180,000.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 3 | Real Property\r\n 505 Glenmore  Block 1 Lot 6  Highland Hills IV  Victoria, TX 77904 | $39,000.00 | $39,000.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 4 | Real Property\r\n 613 Glenmore  Block 1 Lot 16  Highland Hills IV  Victoria, TX 77904 | $185,000.00 | $185,000.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 5 | Real Property\r\n 709 Glenmore  Block 1 Lot 21  Highland Hills IV  Victoria, TX 77904 | $44,000.00 | $44,000.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 6 | Real Property\r\n 104 Luke Ct  Block 1 Lot 27  Highland Hills IV | $48,000.00 | $48,000.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 7 | Real Property\r\n 105 Luke Ct  Block 1 Lot 32  Highland Hills IV  Victoria, TX 77904 | $150,000.00 | $150,000.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 8 | Real Property\r\n 107 Luke Ct - Vacant Lot  Block 1 Lot 32  Highland Hills IV  Victoria, TX 77904 | $49,000.00 | $49,000.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 9 | Real Property\r\n 1006 Broadmoor  Block 1 Lot 38  Highland Hills IV  Victoria, TX 77904 | $42,000.00 | $42,000.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 10 | Prosperity Bank xxxx1381 | $59.00 | $59.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 15-60088-JPN | Trustee Name: | Christopher R. Murray |
|---|---|---|---|
| Case Name: | DM CUSTOM HOMES LLC | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| For the Period Ending: | 9/22/2020 | §341(a) Meeting Date: | 03/24/2016 |
| | | Claims Bar Date: | 06/07/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | Capital One Checking xxxx3454 (acct closed by bank) (Schedule B has a negative value of -850.00) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 12 | Mr. and Mrs. Moorish | $53,109.07 | $53,109.07 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 13 | Meismer | $21,488.20 | $21,488.20 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 14 | funds from sale of property located at 708 Glenmore, Victoria, TX 77904 Crossroads Title is in possession of funds | $7,421.40 | $7,421.40 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 15 | Preference Claim: re:1013 Broadmoor Bob Dennison | $79,000.00 | $79,000.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 16 | 2014 Toyota Tundra | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 17 | 2014 Toyota Tundra | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 18 | 2014 Ford F150Truck | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 19 | Desks 2 | $100.00 | $100.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 20 | Office Supplies | $50.00 | $50.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 21 | Computer 2 ( Personal property prior to business) | $150.00 | $150.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 22 | 16' Performance Utility Trailer 2010 | $1,500.00 | $1,500.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 23 | 16' Utility Trailer ( Year Unknown ) | $800.00 | $800.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-60088-JPN | Trustee Name: | Christopher R. Murray |
|---|---|---|---|
| Case Name: | DM CUSTOM HOMES LLC | Date Filed (f) or Converted (c): | 10/31/2015 (f) |
| For the Period Ending: | 9/22/2020 | §341(a) Meeting Date: | 03/24/2016 |
| | | Claims Bar Date: | 06/07/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24 | Preference against Mr. Dennison for funds on an unsecured claim he included in his payoff statement for the closing of 1013 Broadmoor. Title company refused to include dispute/preserve rights language on check. | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 25 | Potential claim against CrossRoads Title Company | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. | | | | | |
| 26 | Litigation claims against Prosperity Bank in Adv. 18-06010 (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| Asset Notes: | 9/25/2019 #97 | | | | | |
| 27 | Litigation claims against Morishes in Adv. 16-06015 (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| Asset Notes: | 9/25/2019 #97 | | | | | |
| 28 | Funds turned over from prior trustee (u) | $0.00 | $704.64 | | $704.64 | FA |
| 29 | Unclaimed funds at Texas Comptroller (u) | $0.00 | $58.50 | | $0.00 | FA |
| Asset Notes: | Administered by prior trustee. 6/17/2019 #94. This was Asset 26 on prior trustee's Form 1. | | | | | |

| **TOTALS** (Excluding unknown value) | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $955,677.67 | $966,440.81 | | $10,704.64 | $0.00 |

**Major Activities affecting case closing:**

| 07/16/2020 | Determined professionals unnecessary. Ready for TFR. |
|---|---|
| 12/31/2019 | Settlements concluded on two outstanding cases. Fee applications required. Case will then be ready to close. |
| 09/30/2019 | Case was inherited from trustee Schmidt. Need information to complete Form 1. |
| 07/16/2019 | Conflicts run. |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4    Exhibit 8

| **Case No.:** | 15-60088-JPN | **Trustee Name:** | Christopher R. Murray |
| **Case Name:** | DM CUSTOM HOMES LLC | **Date Filed (f) or Converted (c):** | 10/31/2015 (f) |
| **For the Period Ending:** | 9/22/2020 | **§341(a) Meeting Date:** | 03/24/2016 |
| | | **Claims Bar Date:** | 06/07/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| **Initial Projected Date Of Final Report (TFR):** | 07/01/2020 | **Current Projected Date Of Final Report (TFR):** | 02/28/2020 | /s/ CHRISTOPHER R. MURRAY |
|---|---|---|---|---|
| | | | | CHRISTOPHER R. MURRAY |
| | | | | /s/ Christopher R. Murray |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-60088-JPN | Trustee Name: | Christopher R. Murray |
|---|---|---|---|
| Case Name: | DM CUSTOM HOMES LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4409 | Checking Acct #: | ******8801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/31/2015 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 9/22/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/01/2019 | (28) | Michael B. Schmidt | Funds from prior trustee | 1290-000 | $704.64 | | $704.64 |
| 10/07/2019 | (26) | Prosperity Bank | 9/25/2019 #97 | 1229-000 | $5,000.00 | | $5,704.64 |
| 10/07/2019 | (27) | Anderson Lehrman Barre & Maraist LLP | 9/25/2019 #97 | 1229-000 | $5,000.00 | | $10,704.64 |
| 11/12/2019 | 1001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $0.24 | $10,704.40 |
| 08/25/2020 | 1002 | Christopher R. Murray | Trustee Compensation | 2100-000 | | $1,820.46 | $8,883.94 |
| 08/25/2020 | 1003 | Internal Revenue Service | Distribution on Claim #: 4; Amount Allowed: 80,223.64; Claim #: 4; Distribution Dividend: 11.07; Account Number: ; | 5800-000 | | $8,883.94 | $0.00 |
| | | | TOTALS: | | $10,704.64 | $10,704.64 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $10,704.64 | $10,704.64 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,704.64 | $10,704.64 | |

| For the period of 10/31/2015 to 9/22/2020 | | For the entire history of the account between 07/01/2019 to 9/22/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,704.64 | Total Compensable Receipts: | $10,704.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,704.64 | Total Comp/Non Comp Receipts: | $10,704.64 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,704.64 | Total Compensable Disbursements: | $10,704.64 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,704.64 | Total Comp/Non Comp Disbursements: | $10,704.64 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 15-60088-JPN |
| **Case Name:** | DM CUSTOM HOMES LLC |
| **Primary Taxpayer ID #:** | **-***4409 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/31/2015 |
| **For Period Ending:** | 9/22/2020 |

| | |
|---|---|
| **Trustee Name:** | Christopher R. Murray |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******8801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $0.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $10,704.64 | $10,704.64 | $0.00 |

**For the period of 10/31/2015 to 9/22/2020**

| | |
|---|---|
| Total Compensable Receipts: | $10,704.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,704.64 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,704.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,704.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/31/2015 to 9/22/2020**

| | |
|---|---|
| Total Compensable Receipts: | $10,704.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,704.64 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,704.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,704.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ CHRISTOPHER R. MURRAY

CHRISTOPHER R. MURRAY

/s/ Christopher R. Murray